# Exhibit 4

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

**FILED**
August 18, 2021
SX-2021-CV-00638
TAMARA CHARLES
CLERK OF THE COURT

# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. Croix

## SUMMONS

John Bethelmie Plaintiff,

vs.

Glencore Ltd., and
Cosmogony II, Inc. Defendants.

CIVIL NO.: SX-2021-CV-638

ACTION FOR:

TO: Cosmogony II, Inc. , DEFENDANT

**Address:** Service by and through the Office of the Lieutenant Governor, Division of Corporation and Trademarks
1131 King Street, Suite 101, Christiansted, VI 00820

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint for

Witness my hand and the seal of this Court this 18th day of August, 2021

/s/ Korey A. Nelson
(Attorney for Plaintiff)

Tamara Charles
Clerk of the Court

**Address:**

By: ____________

NOTE: The defendant, **if served personally**, is required to file his answer of other defense with the Clerk of the Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of the service. The defendant, if served by publication or by personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

### RETURN OF SERVICE

I hereby certify that I received this summons on the ________ day of ________________________ and that thereafter, on the ________ day of ______________________________ ________, I did serve the same on the above-named defendant, ______________________________________ by showing ______ this original and be then delivering to ______ a copy of the complaint and of the summons which were forwarded to me attached thereto.

______________________________
Marshal
OR

______________________________
Process Server